**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| MATTHEW JONES, | ) |
|           Plaintiff, | ) Case No. 1:23-cv-00838-CFC |
| v. | ) |
| CIRCOR INTERNATIONAL, INC., HELMUTH LUDWIG, SAMUEL R. CHAPIN, TINA M. DONIKOWSKI, BRUCE M. LISMAN, TONY NAJJAR, JOHN O'DONNELL, and JILL D. SMITH, | ) JURY TRIAL DEMANDED |
|           Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  August 28, 2023             **LONG LAW, LLC**

                                                      By:     */s/ Brian D. Long*
                                                             Brian D. Long (#4347)
                                                             3828 Kennett Pike, Suite 208
                                                             Wilmington, DE 19807
                                                             Telephone: (302) 729-9100
                                                             Email: BDLong@longlawde.com

                                                             *Attorneys for Plaintiff*